NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EKATERINI V. SINES,               )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-4603
                                  )
RAINA BROWN, as personal          )
representative of the Estate of Joshua )
John Williams, deceased; and      )
MATTHEW C. SINES,                 )
                                  )
          Appellees.              )
_____ )

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Ezequiel Lugo of Banker Lopez Gassler
P.A., Tampa, for Appellant.

Richard C. Alvarez and Eric R. Maier of
Older Lundy & Alvarez, Tampa, for
Appellee Matthew C. Sines.

No appearance for Appellee Raina Brown.


PER CURIAM.


          Affirmed.


VILLANTI, SLEET, and ATKINSON, JJ., Concur.